GALVESTON, H. & H. RY. CO. v. LEGGIO.
(No. 5,265.)

(Court of Civil Appeals of Texas. San An-
tonio. April 22, 1914.)

RAILROADS (§ 443*)—INJURIES TO STOCK—
SUFFICIENCY OF EVIDENCE—NEGLIGENCE.

Evidence, in an action for damages for
killing a mule on a railroad track, held to sus-
tain a finding that the engineer could have seen
the mule in time to stop and did not attempt
to do so.

[Ed. Note.—For other cases, see Railroads,
Cent. Dig. §§ 1608–1620; Dec. Dig. § 443.*]

Appeal from Galveston County Court;
George E. Mann, Judge.

Action by V. Leggio against the Galveston,
Houston & Henderson Railway Company.
From a judgment for plaintiff, defendant ap-
peals. Affirmed.

John L. Darrouzet, of Galveston, and
John T. Garrison, of Houston, for appellant.
Geo. G. Clough and Aubrey Fuller, both of
Galveston, for appellee.

CARL, J. Appellee, V. Leggio, sued the
Galveston, Houston & Henderson Railway
Company for the value of a mule killed by
one of appellant's engines at Dickinson, in
Galveston county, and recovered $125, from
which judgment this appeal is prosecuted.

The engineer testified that his train was
running about 35 miles per hour through
the town of Dickinson, no stops being made
between Houston and Galveston; and he
says he could not have stopped his train

without endangering the lives and limbs of the passengers. Other testimony is to the effect that the track was straight and that the mule was on the track while the train was yet about a half mile away; that they tried to scare the mule away; and that the train did not slow down, even after it struck the deceased. These facts justified the trial court in concluding that the engineer could have seen the faithful beast of burden in time to stop, and that he made no effort to do so, thereby causing the untimely demise of Leggio's mule.

There are but two assignments of error, which we have carefully examined, and, finding them without merit, same are overruled.

Judgment is affirmed.